**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-14709 |
| Plaintiff, | DISTRICT JUDGE ARTHUR J. TARNOW |
| v. | MAGISTRATE JUDGE |
| PEGGY WALKER, | MONA K. MAJZOUB |
| Defendant, | |
| and | |
| URBAN BRANDS, INC., | |
| Garnishee Defendant. | |

## ORDER DENYING DEFENDANT'S CLAIM FOR EXEMPTIONS ON WRITS OF CONTINUING GARNISHMENT [18]

Before the Court is the Defendant Walker's Request for Hearing About the Garnishment and Claim for Exemptions [18]. Plaintiff filed a Response to Defendant's Request [21], and the parties appeared at a hearing before the Magistrate Judge on April 23, 2008. On September 10, 2008, the Magistrate issued a Report and Recommendation [24], to which Defendant Walker filed no timely objection.

For the reasons stated on the record at the hearing and in the Report and Recommendation,

IT IS HEREBY ORDERED that Defendant's objections and claim for exemptions with respect to the Writ of Garnishment issued to Garnishee Defendant are DENIED.

IT IS FURTHER ORDERED that Garnishee Defendant will remit to Plaintiff the sum of $20.00 per pay period, paid to the U.S. DEPARTMENT OF JUSTICE. This Order is to remain in effect until the debt to the United States of America is paid or until further order from this Court.

SO ORDERED.

                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated: October 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 3, 2008, by electronic and/or ordinary mail.

                                S/THERESA E. TAYLOR
                                Case Manager